# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| MARVIN LEON EASON, | ) |
| Movant, | ) |
| v. | ) No. 1:17-CV-71 SNLJ |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to proceed in forma pauperis on appeal. The Court has reviewed movant's financial information and will grant movant's request to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to proceed in forma pauperis on appeal [Doc. #10] is **GRANTED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 29th day of November, 2018.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE